The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-116JLR |
|---|---|
| Plaintiff, | ~~(Proposed)~~ |
| v. | ORDER GRANTING MOTION TO WITHDRAW PLEA |
| SAVIER ARGENIS ROJAS-DURAN, | |
| Defendant. | |



THIS MATTER comes before the Court on Defendant Rojas-Duran's motion to withdraw his guilty plea. Dkt. 53. Having considered the entirety of the record and files herein, the defendant's motion is GRANTED.

On January 15, 2020, the defendant appeared before Magistrate Judge Tsuchida and entered a guilty plea to the offense of conspiracy to distribute methamphetamine. Dkt. 49. Magistrate Judge Tsuchida filed a report recommending that this Court accept the defendant's plea as knowingly, intelligently and voluntarily entered. Dkt. 52.

On January 22, 2020, seven days after his guilty plea and before this court's acceptance of his plea, the defendant filed a motion to withdraw his plea. Dkt. 53. Pursuant to Fed. R. Crim. P. 11(d)(1), the defendant is entitled to withdraw his plea "before the court accepts the plea, for any reason or no reason." Thus, the defendant's motion to withdraw his plea is granted, and the Court will schedule a new trial date.

Order Granting Defendant's Motion - 1
*United States v. Rojas-Duran*, CR19-116JRL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2   DATED this 5th day of February, 2020.

3

4   _____
    THE HONORABLE JAMES L. ROBART
5   UNITED STATES DISTRICT JUDGE

6   Presented by:

7   /s/ *Lisca Borichewski*
    LISCA BORICHEWSKI
8   Assistant United States Attorney

9

10

...

28

Order Granting Defendant's Motion - 2
*United States v. Rojas-Duran*, CR19-116JRL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970