Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SAVIER ARGENIS ROJAS-DURAN, <br> Defendant. | No. CR19-116JLR <br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Savier Rojas-Duran.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to Defendant Savier Rojas-Duran are dismissed.

//
//
//
//

*Order of Dismissal* - 1
*United States v. Rojas-Duran; CR19-116JLR*

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 12th day of February, 2020. |
| 2 | |
| 3 | _____ |
| | JAMES L. ROBART |
| 4 | United States District Judge |

Presented by:

*/s/ Lisca Borichewski*
LISCA BORICHEWSKI
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2266
E-mail: lisca.borichewski@usdoj.gov

*Order of Dismissal* - 2
*United States v. Rojas-Duran; CR19-116JLR*

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington
(206) 553-7970